UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ELLIS GILBERT MEIGHAN,** | § | |
| *Petitioner*, | § § § | |
| v. | § § | No. 3:25-CV-00168-LS |
| **JOHN VELOZ, DHS ICE AGENT,** | § § § § | |
| *Respondent*. | § § | |

### ORDER FOR BRIEFING

The EOIR Automated Case Information website reflects that an Immigration Judge ordered Petitioner's "REMOVAL" on June 23, 2025. The parties shall brief whether this is a final order of removal which generates a "removal period" mandating Petitioner's detention under 8 U.S.C. § 1231(a), along with the dismissal of the instant petition. This briefing is due **July 14, 2025**, and the government shall include as an exhibit the judicial order it deems a final order of removal.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 29, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**